

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-19-00071-CV

Roberto **VILLARREAL**, Ramona Villarreal, Viola Villarreal Garcia, Gloria Villarreal Salinas and Fernando Villarreal,
Appellants

v.

**CHESAPEAKE ZAPATA, L.P.**, Chesapeake Operating, Inc.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8848
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The trial court signed a final order on October 11, 2018. Appellants timely filed a motion for new trial on November 12, 2018. Therefore, appellants' notice of appeal was due to be filed no later than January 9, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on January 24, 2019, fifteen days after the deadline for filing notice of appeal. *See* TEX. R. APP. P. 26.3. It appears, however, that appellants did not file a motion for extension of time to file the notice of appeal until February 6, 2019, after the expiration of the fifteen-day grace period allowed by Rule 26.3. *Id.*

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But, "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

It is therefore ORDERED that appellants show cause in writing **March 15, 2019** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction of this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court